# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case Number:  7:13-cr-46 (HL) |
| | : | |
| **JOSEPH WILLIAMS,** | : | |
| | : | |
| Defendant. | : | |

_____

## <u>ORDER</u>

The trial of this case, presently scheduled to begin January 27, 2014 in Valdosta, is hereby continued until March 31, 2014.  The Court continues this case based on a request by the Defendant's counsel.  Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act.  18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 13th day of January, 2014.


*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**