IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO.: 7:13-CR-46-HL** |
| **v.** : | |
| : | |
| **JOSEPH CARL WILLIAMS, JR.** : | |
| : | |

### FINAL ORDER OF FORFEITURE

On April 8, 2014, pursuant to Title 21, United States Code, Section 853(n), Title 18, United States Code, Section 924(d), through Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against Defendant Joseph Carl Williams, Jr.

Pending now before the Court is the United States= Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. This Court has jurisdiction of this matter pursuant to Title 18, United States Code, Section 3231, and venue is proper pursuant to Title 18, United States Code, Section 3232 and Fed. R. Crim. P. 18.

2. The United States has furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the

notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. ' 853(n), and 18 U.S.C. § 924(d), as incorporated by 28 U.S.C. ' 2461(c).

  4. No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture, and the time for filing such petitions has now expired.

  THEREFORE IT IS HEREBY ORDERED THAT:

  1. The Court=s April 8, 2014, Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law, to wit: one (1) High Point .380 caliber pistol, Model CF380, Serial Number P8001076 with attached magazine.

  2. The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, this  12th   day of   August                                    , 2014.


                                   **s/ Hugh Lawson**
                                    HUGH LAWSON, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
                                    MIDDLE DISTRICT OF GEORGIA


PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.   052683